CAREY D. EBERT, CHAPTER 13 TRUSTEE, Standing Chapter 13 Tr

Date: August 09, 2018

Check No. 2183296

Check Amount: $1,216.35

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 17-42710-R | 00000 | STACIE NITCHOLAS | 0 | XXXXX9175 | 1,216.35 | 0.00 | 1,216.35 |
| | | Original check written to:<br>STACIE NITCHOLAS<br>2420 TISBURY WAY<br>LITTLE ELM, TX 75068 | | | | | |
| | | | **TOTALS** | | **$1,216.35** | **$0.00** | **$1,216.35** |